

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00002-CV

Samuel **FORRESTER**,
Appellant

v.

**HOME DEPOT U.S.A., INC.** and Terry Lee Donelson,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15071
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED February 12, 2025.

_____
Lori I. Valenzuela, Justice